FRANK E. RAFEL, Respondent, v. EMILE F. MAURER, Appellant, Impleaded with Others.— Judgment affirmed, with costs, on *New York Life Ins. Co. v. Casey* (178 N. Y. 381). Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL DUNN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

KATE SIMON,· an Infant, by LOUIS SIMON, Her Guardian ad Litem, Respondent, v. GOLDBERG AND GREENBERG, INC., Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the ground that the finding that the defendant maintained a nuisance is without evidence to support it, and that the motion to dismiss upon the theory of negligence should have been granted. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

GRACE B. GUGGENHEIM, Appellant, v. ISAAC GUGGENHEIM and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

HYMAN GOODMAN, Appellant, v. BATES BROTHERS REAL ESTATE COMPANY and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

ORLANDO T. CARPENTER, as Administrator, etc., Plaintiff, v. THE NEW YORK TRUST COMPANY and Others, Defendants, Impleaded with CHARLES RUSH and Another, as Two of the Executors of REESE CARPENTER, Deceased, Appellants. In the Matter of the Petition of JAMES DUNNE and Another, Respondents, to Enforce an Attorney's Lien.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of the Petition of THE WESTOVER CHEMICAL COMPANY, INC., Appellant, for a Writ of Prohibition against the CITY COURT OF THE CITY OF NEW YORK, and WILLIAM E. S. DYER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MAX GUTSCHNEIDER, INC., Respondent, v. EAST FORTY-SIXTH STREET REALTY CORPORATION, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Douglas v. Chesebrough Building Co.* (56 App. Div. 403). Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SADIE BIENENFELD and Another, as Administrators, etc, Respondents, v. PETER G. KEMP, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

L. & D. WAIST COMPANY, INC., Respondent, v. ALBERT HAAS and Another, Appellants.— Order modified as stated in order entered hereon, and as modified affirmed, with ten dollars costs and disbursements to the appellants. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ANNA L. S. ORVIS, Suing Individually and as Trustee for FRANKLIN